IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VALLEYFIELD PARTNERS, LLC, d/b/a VALLEYFIELD APARTMENTS and R. JAMES PROPERTIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JAIRUS LONG and all others, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:25-CV-0687-SCJ |

## ORDER

This matter is before the Court for consideration of the Final Report and Recommendation of Magistrate Judge Linda T. Walker [Doc. 3], to which no objections have been filed. After reviewing the Report & Recommendation, it is received with approval and **ADOPTED** as the Opinion and Order of this Court. Accordingly, this civil action is hereby **REMANDED** to the Magistrate Court of DeKalb County, Georgia.

**IT IS SO ORDERED**, this 13th day of March, 2025.

_____
STEVE C. JONES
UNITED STATES DISTRICT JUDGE