**Shane Gazaway**

| | |
|---|---|
| **From:** | no-reply@efilingmail.tylertech.cloud |
| **Sent:** | Thursday, March 13, 2025 12:17 PM |
| **To:** | Shane Gazaway |
| **Subject:** | Filing Submitted for Case: 25D02161; Valleyfield Partners, LLC, dba Valleyfield Apartments, R James Properties Inc VS Jairus Long,all others; Envelope Number: 17586149 |

**CAUTION - EXTERNAL:**



# Filing Submitted

Envelope Number: 17586149
Case Number: 25D02161
Case Style: Valleyfield Partners, LLC, dba Valleyfield Apartments, R James Properties Inc VS Jairus Long,all others

The filing below has been submitted to the clerk's office for review. Please allow 24 - 48 hours for clerk office processing.

| Filing Details | |
|---|---|
| **Court** | Dekalb County - Magistrate Court |
| **Date/Time Submitted** | 3/13/2025 12:16 PM EST |
| **Filing Type** | Notice |
| **Filing Description** | Order of Remand from United States District Court, Northern GA |
| **Type of Filing** | EFile |
| **Filed By** | Robert Gazaway |
| **Filing Attorney** | Kevin Weimer |

| Fee Details |
|---|
| Your account is never charged until your filing is accepted. If you see any pending charges on your account prior to acceptance, this is an authorization hold to ensure the funds are available so your filing can be accepted without delay.<br><br>If the filing is canceled or rejected these funds will be released and will return to your account according to your financial institution's policies (typically 3-10 business days). |
| Waiver Selected<br> Case Fees  $0.00<br> Notice          $0.00<br> Grand Total $0.00 |
| **Total:**$0.00 |

| Document Details | |
|---|---|
| **Lead Document** | show_temp-102.pdf |
| **Lead Document Page Count** | 1 |
| **File Copy** | [Download Document](#) |
| | This link is active for 90 days. |

For technical assistance, contact your service provider



Need Help? Help  No Lawyer? Start Here
Visit: https://georgia.tylertech.cloud/ofsweb
Email:efiling.support@tylertech.com

Please do not reply to this email. It was automatically generated.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

> ATTEST: A TRUE COPY
> CERTIFIED THIS
> Date: Mar 13 2025
> KEVIN P. WEIMER, Clerk
> By: s/Shane Gazaway
> Deputy Clerk

VALLEYFIELD PARTNERS, LLC,
d/b/a VALLEYFIELD
APARTMENTS and R. JAMES
PROPERTIES, INC.,

    Plaintiffs,

v.

JAIRUS LONG and all others,

    Defendant.

CIVIL ACTION FILE

NO. 1:25-CV-0687-SCJ

### ORDER

This matter is before the Court for consideration of the Final Report and Recommendation of Magistrate Judge Linda T. Walker [Doc. 3], to which no objections have been filed. After reviewing the Report & Recommendation, it is received with approval and **ADOPTED** as the Opinion and Order of this Court. Accordingly, this civil action is hereby **REMANDED** to the Magistrate Court of DeKalb County, Georgia.

**IT IS SO ORDERED**, this 13th day of March, 2025.

_____
STEVE C. JONES
UNITED STATES DISTRICT JUDGE